DETERMINED IN THE

## FIRST DISTRICT

OF THE

# APPELLATE COURTS OF ILLINOIS

## DURING THE YEAR 1914.

---

### Nicholas Nudelman, Plaintiff in Error, v. C. B. Haffenberg, Defendant in Error.

### Gen. No. 18,384.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. HARRY OLSON, Judge, presiding. Heard in this court at the October term, 1912. Reversed and remanded. Opinion filed February · 2, 1914.

### Statement of the Case.

Action by Nicholas Nudelman, doing business as Nudelman & Company, against C. B. Haffenberg to recover commissions as a real estate broker for procuring a purchaser for certain real estate. From a judgment in favor of defendant entered upon a directed verdict, plaintiff brings error.

BLUM & BLUM, for plaintiff in error.

R. R. JAMPOLIS, for defendant in error.

MR. PRESIDING JUSTICE BAKER delivered the opinion of the court.

### Abstract of the Decision.

1. BROKERS, § 6*—*persons liable for commissions.* Where a person employing a real estate broker does not profess to represent another but makes the contract for himself alone, he is liable to the broker for commissions in case the broker finds a purchaser at the price and on the terms stated in the contract.

2. BROKERS, § 93*—*when direction of verdict for defendant is error.* In an action to recover commissions for procuring a purchaser for real estate, where the evidence tended to show that plaintiff was employed by the defendant who did not profess to be acting as agent for another; that the plaintiff procured purchasers who made a deposit on a written contract with defendant, but the contract was afterwards cancelled at the request of one of the purchasers; and that the defendant thereafter sold the property at the same price to a third person, who immediately conveyed a half interest therein to one of the original purchasers and later conveyed to him the other half interest, *held* that a direction of a verdict in favor of defendant was error.